# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ALYCE LILLEY,

                Plaintiff,

v.

WAUKESHA COUNTY,

                Defendant.

Case No. 13-CV-441-JPS

**JUDGMENT**

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff Alyce Lilley's motion for leave to file a surreply brief (Docket #54) be and the same is hereby GRANTED *nunc pro tunc*;

    IT IS FURTHER ORDERED AND ADJUDGED that Defendant Waukesha County's motion for summary judgment (Docket #24) be and the same is hereby GRANTED; and

    IT IS FURTHER ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

April 25, 2014         s/Nancy A. Monzingo
Date                   By: Deputy Clerk